**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00472-REB

JAHLIL J. HOWARD,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte*. On November 25, 2015, I entered an **Order To Show Cause** [#21][1] directing plaintiff to show cause on or before December 9, 2015, why this matter should not be dismissed for failure to prosecute. Plaintiff failed to file a timely response to that order or an extension of time to file such a response. Accordingly, the show cause order will be made absolute.[2]

**THEREFORE, IT IS ORDERED** that my **Order To Show Cause** [#21], filed November 25, 2015, is made absolute.

Dated December 11, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                              Robert E. Blackburn
                                              United States District Judge

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This case was administratively closed pending plaintiff's response to the show cause order. (*See* **Order To Show Cause** ¶ 2 at 2.)